The People of the State of New York, Respondent, v
Insik Shim, Appellant. [929 NYS2d 786]—

Ordered that the sentence is affirmed. No opinion. Prudenti,
P.J., Rivera, Dickerson, Chambers and Roman, JJ., concur.

The People of the State of New York, Respondent, v
Rasheen Sweeney, Appellant. [928 NYS2d 642]—

The defendant and codefendant Vishnudatt Nisthalal were
both convicted, after a joint jury trial, of murder in the second
degree in connection with the shooting death of victim Yamile
Puentes during the early morning hours of January 18, 1993, in
the vicinity of the intersection of 37th Road and 77th Street in
Jackson Heights, Queens. For the reasons stated at length in
our decision on the codefendant's appeal (*see People v Nisthalal*,
87 AD3d 702 [2011] [decided herewith]), we agree with the de-
fendant that his conviction was against the weight of the evi-
dence (*see People v Fortunato*, 70 AD3d 851 [2010]; *People v
Zephyrin*, 52 AD3d 543 [2008]; *People v Giocastro*, 210 AD2d
254 [1994]). We note in this regard that the admission into evi-
dence at trial of the defendant's largely exculpatory statement
to the police does not warrant a contrary result.

In view of the foregoing, we have no occasion to consider the
defendant's remaining contentions. Mastro, J.P., Hall, Lott and
Cohen, JJ., concur.

The People of the State of New York, Respondent, v
Louis A. Victor, Appellant. [929 NYS2d 786]—

Ordered that the sentence is affirmed. No opinion. Prudenti,
P.J., Mastro, Eng, Lott and Sgroi, JJ., concur.